PER CURIAM.
The record and the briefs in this cause have been examined and the judgment appealed from is affirmed on authority of Cortes v. State, 135 Fla. 589, 185 So. 323; Cross v. State, 96 Fla. 768, 119 So. 380; Parrish v. State, 90 Fla. 25, 105 So. 130; Lopez v. State, Fla., 66 So.2d 807, and Carroll v. United States, 267 U.S. 132, 45 S.Ct. 280, 69 L.Ed. 543, 39 A.L.R. 790; Section 933.13, Florida Statutes, F.S.A.
Affirmed.
DREW, C. J., and TERRELL, HOBSON and THORNAL, JJ., concur.